No. 91–1993. CONTINENTAL CASUALTY CO. v. FIBREBOARD CORP. C. A. 9th Cir. Certiorari granted, judgment vacated, and

case remanded to the Court of Appeals to consider the question of mootness.